# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EDIN BIJAVICA, | CASE NO. C08-0077-RSL-MAT |
| Petitioner, | |
| v. | ORDER ON STIPULATION FOR DISMISSAL |
| MICHAEL B. MUKASEY, United States Attorney General, et al., | |
| Respondents. | |

The parties having stipulated and agreed that the Petitioner was released from U.S. Immigration and Customs Enforcement ("ICE") custody under an Order of Supervision, and that this habeas corpus proceeding has become moot and may be dismissed without prejudice, IT IS ORDERED that this action and all claims asserted herein are DISMISSED without prejudice and without fees or costs to either party.

DATED this 6th day of February, 2008.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 6th of February, 2008.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER ON STIPULATION FOR DISMISSAL
PAGE -1